IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE GUERRA, etc., ) <br> ) <br> ) <br>        Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> ) <br> NORTH AMERICAN COMPANY FOR ) <br> LIFE AND HEALTH INSURANCE, ) <br> et al., ) <br> ) <br>        Defendant. ) <br> ) <br>_____) | No. CV-F-05-914 REC/LJO <br><br> ORDER GRANTING DEFENDANT'S <br> MOTION TO DISMISS AND <br> DIRECTING PLAINTIFF TO FILE <br> FIRST AMENDED COMPLAINT |

On August 22, 2005, the court heard defendant North American Company for Life and Health Insurance's motion to dismiss the Second Cause of Action for breach of the implied covenant of good faith and fair dealing for failure to state a claim upon which relief can be granted.

North American argues and plaintiff concedes that the Second Cause of Action is barred by the statute of limitations to the extent that the Second Cause of Action alleges tortious conduct by North American and prays for tort damages.  However,

1

1  plaintiff argues, because an alleged breach of the covenant of
2  good faith and fair dealing can also be based on contract,
3  plaintiff contends that the court should deny the motion to
4  dismiss, the appropriate procedural vehicle being a motion to
5  strike.

6      The court will not deny the motion to dismiss on this basis.
7  Rather, the court grants the motion to dismiss and dismisses the
8  Second Cause of Action with leave to amend to allege a claim for
9  breach of the covenant of good faith and fair dealing based
10 solely on contract principles.[1]

11     ACCORDINGLY:

12     1.  Defendant North American Company for Life and Health
13 Insurance's motion to dismiss the Second Cause of Action is
14 granted with leave to amend.

15     2.  Plaintiff shall file a First Amended Complaint pursuant
16 to this Order within 30 days of the filing date of this Order.
17 IT IS SO ORDERED.

18 **Dated: August 24, 2005**              /s/ Robert E. Coyle
    668554                          UNITED STATES DISTRICT JUDGE

---

[1] The court advises counsel for plaintiff that he must timely comply with court orders, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  Failure to do so may result in the imposition of sanctions, including the sanction of dismissal.