Robert W. Crabtree, SBN 40089
Michael R. Dennis, SBN 215970
CRABTREE, SCHMIDT, ZEFF & JACOBS
1100 14TH Street, Suite E
Post Office Box 3307
Modesto, CA 95353-3307
Telephone: (209) 522-5231
Facsimile : (209) 526-0632

Attorneys for Plaintiff,
VICKY GUERRA, Administrator
of the Estate of Jennifer Perry

FILED
2005 SEP 22  A 10: 42
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
   DEPUTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY GUERRA, as Administrator for the Estate of Jennifer Perry,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:05-CV-00914-REC-LJO<br><br>NOTICE OF DISMISSAL & ORDER<br><br>[FRCP RULE 41(a)(1)] |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff, VICKY GUERRA, in her capacity as the Administrator for the Estate of Jennifer Perry, does hereby give notice of dismissal. Said dismissal is made without prejudice.

///
///
///
///
///

---

*Notice of Dismissal*

1

| | | |
|---|---|---|
| 1 | Dated: September 7, 2005 | CRABTREE, SCHMIDT, ZEFF & JACOBS |
| 2 | | |
| 3 | | By:  /s/ Michael R. Dennis |
| 4 | | Michael R. Dennis |
| 5 | | Attorneys for Plaintiff, VICKY GUERRA, Administrator of the Estate of Jennifer Perry |

It is so Ordered. Dated: April 22, 05

_____
United States District Judge